UNITED STATES of America,
Plaintiff—Appellee,

v.

Luis Alberto GARCIA–PEREZ,
aka Roberto Ontiveros–Silva,
Defendant—Appellant.

No. 02–10195.
D.C. No. CR–01–00276–LRH.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2002.*

Decided Nov. 21, 2002.

Before REINHARDT, RYMER and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Luis Alberto Garcia–Perez appeals his conviction and 65–month sentence for illegal reentry following deportation in violation of 8 U.S.C. § 1326. He contends that under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court deprived him of due process by imposing a sentence greater than Section 1326(a)'s two-year maximum based on Garcia–Perez's prior aggravated felony, where he did not admit to having previously committed an aggravated felony.

Garcia–Perez states that he presents the issue merely to preserve it in the event of ensuing favorable Supreme Court precedent, and acknowledges that his argument is foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.), *cert. denied*, 532 U.S. 966, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001).

Accordingly, the judgment and sentence are

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

